**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HENRY WATSON,                     ) NO. CV 14-879-GHK(E)
                                  )
                Petitioner,       )
                                  )
        v.                        )           JUDGMENT
                                  )
CALIFORNIA DEPARTMENT OF          )
CORRECTIONS AND                   )
REHABILITATION,                   )
                                  )
                Respondent.       )
_____)

     Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


     IT IS ADJUDGED that the Petition is denied and dismissed without

prejudice.


          DATED: _____6/17_____, 2014.


                         _____
                              GEORGE H. KING
                         CHIEF UNITED STATES DISTRICT JUDGE